## 5758.  SMITH *v.* THE STATE.

WADE, J.  The evidence was sufficient to support a verdict of guilty, under section 387 of the Penal Code of 1910; and since the trial judge refused to grant a new trial, this court can not, under the limitations fixed by the law of its being, say that he abused his discretion, nor can it disturb his judgment merely 'on account of the "weakness of the case."

*Judgment affirmed.*  *Roan, J., absent.*

DECIDED JULY 21, 1914. ·

Indictment for misdemeanor; from Tattnall superior court—Judge Sheppard.  April 8, 1914.

*H. H. Elders,* for plaintiff in error.

*N. J. Norman, solicitor-general,* contra.